1

2

3

4             **UNITED STATES DISTRICT COURT**

5                   **DISTRICT OF NEVADA**

6

7   DAVID J. MIRELES,                        )
                                             )
            Plaintiff,                       )
8                                            )
        vs.                                  )        3:11-cv-00503-RCJ-VPC
9                                            )
    INFOGROUP/OPINION RESEARCH CORP. et      )        **ORDER**
10  al.,                                     )
                                             )
11          Defendants.                      )
    _____     )

12

13      This case arises out of the termination of an employee, resulting in his parole revocation.

14  The Court recently dismissed the Complaint with leave to amend in part and denied Plaintiff's

15  motion for appointment of counsel.  Before the Court issued the order, however, Plaintiff moved

16  for the Court to "reconsider" the appointment of counsel.

17                          **CONCLUSION**

18      IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 40) is DENIED.

19      IT IS SO ORDERED.

20  Dated this 12th day of October, 2011.

21                                    _____
                                              ROBERT C. JONES
22                                        United States District Judge

23

24

25